# ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  1:99CR05193-02 REC** |
| | ) | |
| **Hector Manuel FLORES** | ) | |
| | ) | |

On June 9, 2003, the above-named was sentenced to 30 months custody of the Bureau of Prisons with 60 months supervised release to follow, which commenced on February 11, 2005.  Mr. Flores has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**PHIL R. HENDLEY, JR.**
**United States Probation Officer**

Dated:      May 18, 2009
              Modesto, California
              PRH/lr

**REVIEWED BY:**      /s/ Deborah A. Spencer
                     **DEBORAH A. SPENCER**
                     **Supervising United States Probation Officer**

**Re:     Hector Manuel FLORES**
**        Docket Number:   1:99CR05193-02**
**        ORDER TERMINATING SUPERVISED RELEASE**
**        <u>PRIOR TO EXPIRATION DATE</u>**

---

### ORDER OF COURT

It is ordered that the Hector Manuel Flores be discharged from supervised release, and that the proceedings in the case be terminated.

Attachment:    Recommendation
cc:      United States Attorney's Office

IT IS SO ORDERED.

**Dated:   <u>May 22, 2009</u>          <u>          /s/ Anthony W. Ishii          </u>**
                              CHIEF UNITED STATES DISTRICT JUDGE